**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Erika Shelton, | No. CV-25-00108-PHX-KML |
| Petitioner, | **ORDER** |
| v. | |
| Federal Savings Bank, | |
| Defendant. | |

The court issued orders on January 22, 2025, and January 29, 2025, instructing plaintiff Erika Shelton to explain the jurisdictional basis for this suit. (Doc. 5, 7.) Both of those orders were mailed to the address Shelton provided but the orders were returned as undeliverable. (Doc. 6, 8.) As explained in the January 29 order, it is Shelton's obligation to keep her contact information up to date. (Doc. 7.) Having confirmed Shelton's contact information is incorrect, this case is dismissed for lack of prosecution.

Before dismissing for lack of prosecution the court must "weigh several factors: (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits and (5) the availability of less drastic sanctions." *Carey v. King*, 856 F.2d 1439, 1440 (9th Cir. 1988) (quotation marks and citation omitted). The first and second factors weigh heavily in favor of dismissal: there is no path forward here because the court cannot contact Shelton. The third and fourth factors weigh against dismissal but do not outweigh the first two factors. As for the possibility of lesser sanctions,

the court will impose the less-severe sanction of dismissal without prejudice. *Carey*, 856 F.2d at 1441 ("[W]e can imagine no less drastic sanction [than dismissal without prejudice] that was available to the district court.").

Accordingly,

**IT IS ORDERED** the petition (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court shall enter a judgment of dismissal without prejudice and close this case.

Dated this 5th day of February, 2025.

Honorable Krissa M. Lanham
United States District Judge